UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RAINIER BEACH DEVELOPMENT COMPANY, LLC, a Washington limited liability company, EXCEL HOMES, INC., a Washington corporation, JAVIER LUNA and DONALD ALLEN, individuals, | ) ) ) ) ) ) | No. 2:16-cv-00822 |
| Plaintiffs, | ) ) ) | **NOTICE OF REMOVAL OF ACTION UNDER 28 USC 1441(c) (FEDERAL QUESTION)** |
| vs. | ) ) | |
| KING COUNTY, a political subdivision of the State of Washington | ) ) ) | |
| Defendant. | ) ) | |

PLEASE TAKE NOTICE that Defendant King County, hereby remove to this Court the action described below:

1.     On May 9, 2016, an action was filed in the Superior Court of the State of Washington for King County.  It was entitled: RAINIER BEACH DEVELOPMENT COMPANY, LCC, a Washington limited liability company, EXCEL HOMES, INC., a Washington corporation, JAVIER LUNA AND

NOTICE OF REMOVAL OF ACTION UNDER 28 USC 1441(c) (FEDERAL QUESTION) (2:16-cv-00815) -1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

DONALD ALLEN, individuals, Case Number 16-2-11060-6 SEA.  A copy of the Complaint in this action is attached as Exhibit A.

2.   In this action, Plaintiffs seek damages for alleged violations by the Defendant of 42 U.S.C. Section 1983 and under various state law tort theories.

3.   This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. Section 1331.

4.   This action may be removed to this Court under 28 U.S.C. Section 1441(c) on grounds that Plaintiffs' claims arise under federal law.

5.   Notice of the filing of this Notice of Removal has been given to Plaintiffs, and a true and correct copy of this Notice has been filed with the Clerk of the Superior Court of Washington for King County.

6.   Defendants reserve all defenses to these suits including, but not limited to, the defenses of service and capacity.

7.   Defendant reserves the right to amend or supplement this Notice of Removal.

8.   Intradistrict Assignment: In accordance with LCR 3(d) and 101(e), these cases should be assigned to the Seattle Division, because the claim arose in King County.

///

///

///

///

///

///

///

NOTICE OF REMOVAL OF ACTION UNDER 28 USC 1441(c)
(FEDERAL QUESTION) (2:16-cv-00815) -2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

9.     This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

DATED this 3rd day of June, 2016.

DANIEL T. SATTERBERG
King County Prosecuting Attorney


By:     */s/ John R. Zeldenrust*
JOHN R. ZELDENRUST, WSBA No. 19797
Senior Deputy Prosecuting Attorney
Attorney for Defendant King County
500 Fourth Avenue, 9th Floor
Seattle, WA 98104
Phone: 206-296-8820 / Fax: (206) 296-8819
Email: John.Zeldenrust@kingcounty.gov

NOTICE OF REMOVAL OF ACTION UNDER 28 USC 1441(c)
(FEDERAL QUESTION) (2:16-cv-00815) -3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

## DECLARATION OF FILING AND SERVICE

I hereby certify that on June 3, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-Filing System.

I also caused a copy of the foregoing document(s) to be served via ABC Legal Messenger to the following no later than 4:30 P.M. on June 3, 2016:

> Michael R. Wrenn
> NELLERMORE WRENN PLLC
> 601 Union Street, Suite 5305
> Seattle, WA 98101
> mwrenn@nellermoewrenn.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 3rd day of June, 2016.

> By:  */s/ Linda Khampradith*
> LINDA KHAMPRADITH
> Legal Secretary, Litigation Section
> Email: Linda.Khampradith@kingcounty.gov

NOTICE OF REMOVAL OF ACTION UNDER 28 USC 1441(c)
(FEDERAL QUESTION) (2:16-cv-00815) -4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819