THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAINIER BEACH DEVELOPMENT COMPANY, LLC , a Washington limited liability company, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KING COUNTY, a political subdivision of the State of Washington,<br><br>　　　　　　　Defendant. | CASE NO. C16-0822-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on Defendant King County's motion to amend its answer (Dkt. No. 11). King County seeks to add two affirmative defenses: fault of a non-party and failure to file a claim for damages. (*Id.* at 1.) King County brought this request on the last day for pleading amendments. (*See* Dkt. No. 10.) This is its first request to amend a pleading.

　　　Plaintiffs' response to King County's motion was due on Tuesday, January 17, 2016. *See* W.D. Wash. Local Civ. R. 7(d)(3), (5). Plaintiffs did not file a response by that deadline. The Court considers this lack of response "as an admission that the motion has merit." W.D. Wash. Local Civ. R. 7(b)(2).

　　　Accordingly, King County's motion to amend answer (Dkt. No. 11) is GRANTED. King

MINUTE ORDER, C16-0822-JCC
PAGE - 1

County is DIRECTED to re-file the amended answer, submitted as an attachment to the motion, as a standalone document. The amendment shall not go into effect until this filing has been completed.

DATED this 19th day of January 2017.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk