THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RAINIER BEACH DEVELOPMENT COMPANY, LLC , a Washington limited liability company, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY, a political subdivision of the State of Washington, <br><br> Defendant. | CASE NO. C16-0822-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the case schedule (Dkt. No. 17). The motion is GRANTED. The case schedule is AMENDED as follows:

| **Action** | **New Date** |
|---|---|
| Mediation | July 13, 2017 |
| Discovery cutoff | November 13, 2017 |
| Dispositive motions deadline | December 12, 2017 |
| Proposed pretrial order, trial briefs, motions in limine due | March 5, 2018 |

| Objections/responses to pretrial filings due | March 7, 2018 |
| --- | --- |
| Court trial date | March 12, 2018 at 9:30 a.m. |

DATED this 19th day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
